UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No.  4:25 CV 581 JMB |
| ) | |
| FRANK J. BISIGNANO, ) | |
| Commissioner of Social Security ) | |
| Administration,[1] ) | |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Commissioner of Social Security Frank Bisignano's Motion to Reverse and Remand with Suggestions in Support (Doc. 11).  The Commissioner files this Motion pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (the "Act").  Plaintiff Robert C. has not filed a response, and the time to do so has expired.

On April 25, 2025, Plaintiff filed a Complaint seeking review of the Commissioner's decision that Plaintiff was not under a disability within the meaning of the Act (Doc. 1).  On June 24, 2025, the Commissioner filed a transcript of the administrative proceedings (Doc. 7).  Plaintiff filed a brief in support of the Complaint on July 10, 2025 (Doc. 8).

On August 27, 2025, the Commissioner filed the instant motion to reverse and remand the case to the Commissioner for further action under Sentence Four of Section 205(g) of the Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment

---

[1] Frank Bisignano is now the Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In his motion, the Commissioner represents that after careful review, agency counsel determined remand was required, and that on remand the agency will take further action to complete the administrative record, evaluate the evidence consistent with agency policy, and issue a new decision.

Upon review, the Court agrees that this case should be reversed and remanded for further consideration for the reasons set forth by the Commissioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand with Suggestions in Support (Doc. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **REVERSED** and the matter **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

A separate judgment will accompany this Memorandum and Order.

/s/ Matthew T. Schelp
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

Dated this 15th day of September, 2025.